1907.) Action by Antoinette Myers and others against Myron Peckins, as, etc., and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., dissents, on the ground that the question of testator's competency should have been submitted to the jury.

---

NEW YORK LIFE INS. & TRUST CO. v. POLSTEIN et al. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by the New York Life Insurance & Trust Company against Isaac Polstein and others. H. Brill, for appellant. J. Fettretch, for respondents. No opinion. Order affirmed, with costs. Order filed.

---

In re NIAGARA SANITARIUM CO. (Supreme Court, Appellate Division, Fourth Department. January 9, 1907.) In the matter of the re-election of directors of the Niagara Sanitarium Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

NOACK v. CITY OF TROY. (Supreme Court, Appellate Division, Third Department. January 18, 1907.) Action by Bernard J. Noack against the city of Troy. No opinion. Motion denied.

---

NUNNALLY v. NEW YORK ZEITUNG CO. (Supreme Court, Appellate Division, First Department. ' January 29. 1907.) Action by Florence Nunnally against the New York Zeitung Company. No opinion. Motion denied, with $10 costs. Order filed.

---

O'BOYLE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by James J. O'Boyle against the Erie Railroad Company. No opinion. Judgment and order modified by striking out the provision for extra allowance on the ground of want of power in the court below to grant the same, and, as so modified, unanimously affirmed, without costs of this appeal.

---

O'CONNELL, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Michael W. O'Connell against the Syracuse Rapid Transit Railway Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

---

O'CONNOR v. BURGARD. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Patrick J. O'Connor against Henry P. Burgard.

PER CURIAM. Defendant's exceptions sustained, and motion for new trial granted, with costs to the defendant to abide event. Held, that the evidence failed to establish actionable negligence on the part of the defendant, in that the accident which caused plaintiff's injury was not of such a character that an ordinarily prudent person would have anticipated it as liable to happen, and that there was no negligence attributable to defendant in failing to guard against the possibility of its occurrence.

KRUSE, J., dissents. Order denying motion for new trial on the ground of newly discovered evidence affirmed, with costs.

---

O'CONNOR v. CITY OF NEW YORK (two cases). (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Margaret O'Connor against the city of New York and John E. O'Connor against the city of New York. No opinions. Application granted on plaintiffs stipulating that upon affirmance judgment absolute shall be rendered against them. Order signed.

---

O. J. GUDE CO., Appellant, v. RIESER, Respondent. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by the O. J. Gude Company against Ely J. Rieser. A. S. Gilbert, for appellant. P. Armitage, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re OLDMIXON. (Supreme Court, Appellate Division, Second Department. January 15, 1907.) In the matter of the application of John C. Oldmixon for a writ of mandamus directing Mr. Justice Kelly to sign a warrant of commitment. No opinion. Application for writ of mandamus denied.

---

OLDMIXON v. SEVERANCE et al. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by John G. Oldmixon against Stephen N. Severance and another. No opinion. Motion denied. Order filed.

---

OLSON v. ROYAL CO. et al. (Supreme Court, Appellate Division, First Department. February 15, 1907.) Action by Anna Olson, as administratrix, against the Royal Company and others. No opinion. Motion denied on condition that appellant be ready by April term. Order filed.

---

OREMUS v. FELLOWS. (Supreme Court, Appellate Division, Fourth Department. January 16, 1907.) Action by Fred E. Oremus against John K. Fellows, as, etc.

PER CURIAM. Defendant's exceptions sustained, and motion for new trial granted, with costs to the defendant to abide the event. Held, that the answer raised issues of fact, and that the direction of the verdict was improper.

SPRING, J., not voting.

---

In re O'SULLIVAN. (Supreme Court, Appellate Division, First Department. January 18, 1907.) In the matter of Michael O'Sullivan. No opinion. Reference ordered. Order filed.

---

ORTOLANO v. DEGNON CONTRACTING CO. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by

Joseph Ortolano against the Degnon Contracting Company. No opinion. Application granted. Order signed.

OTERO v. CLYDE S. S. CO. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by Joseph Otero against the Clyde Steamship Company. No opinion. Motion denied, without costs. Order filed.

In re PENDER. (Supreme Court, Appellate Division, First Department. February 15, 1907.) In the matter of Patrick Pender, deceased. No opinion. Motion denied on payment of $10 costs, and on condition that appellant be ready by April term. Order filed.

PEOPLE v. BECKERT. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Proceedings by the people of the state of New York against Peter J. Beckert. No opinion. Motion granted. Order filed.

PEOPLE v. COLMEY. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Proceedings by the people of the state of New York against Charles M. Colmey. No opinion. Motion granted. Order filed.

PEOPLE v. FERONE. SAME v. WAY. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Proceedings by the people of the state of New York against Joseph Ferone and Louise Way. No opinions. Motions denied. Orders filed.

PEOPLE v. HENSCHEL. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Proceedings by the people of the state of New York against Emil Henschel. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. HUSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Proceedings by the people of the state of New York against William Huson. No opinion. Motion for reargument denied. For former opinion, see 99 N. Y. Supp. 1081.

PEOPLE v. MINGEY. SAME v. CURTIS. SAME v. FABER. SAME v. LEVIN. SAME v. SPIER. SAME v. DODDATO. SAME v. FRIBBINS. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Proceedings by the people of the state of New York against Lawrence P. Mingey, same against George W. Curtis, same against Julia Faber, same against Louis Levin, same against Oscar A. Spier, same against Angelo Doddato, and same against Frank Fribbins. No opinions. Motions denied on condition that appellants have their appeals ready for argument at the March term. Orders filed.

PEOPLE, Appellant, v. RITENBURG, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 30, 1907.) Proceedings by the people of the state of New York against John Ritenburg. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. SCHANG, Appellant. (Supreme Court, Appellate Division, Second Department. January 18, 1907.) Proceedings by the people of the state of New York against Charles Schang. No opinion. Judgment of conviction affirmed.

PEOPLE v. SCHWALD. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Proceedings by the people of the state of New York against Sam Schwald. No opinion. Motion granted. Order filed.

PEOPLE ex rel. ADAMS, Appellant, v. STOLL et al., Assessors, Respondents. (Supreme Court, Appellate Division, Third Department. January 9, 1907.) Proceedings by the people of the state of New York, on the relation of George R. Adams, against Jacob F. Stoll and others, assessors of the town of Rosendale, Ulster county.

PER CURIAM. Orders appealed from unanimously affirmed, with costs.

PARKER, P. J., not sitting.

PEOPLE ex rel. BAUM v. BUTLER. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Proceedings by the people, on the relation of Joseph L. Baum, against Edmond J. Butler. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE ex rel. LEHMKUHL et al., Respondents, v. GROUT, Comptroller, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Proceedings by the people of the state of New York, on the relation of Dora A. Lehmkuhl and others, against Edward M. Grout, as Comptroller. G. S. Coleman, for appellant. J. A. Straley, for respondents. No opinion. Orders affirmed, with costs and disbursements. Order filed.

PEOPLE ex rel. LODES, Appellant, v. DEPARTMENT OF HEALTH OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Proceedings by the people of the state of New York, on the relation of George Lodes, against the department of Health of the city of New York,

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the opinion of Mr. Justice BURR at Special Term. 100 N. Y. Supp. 788.

GAYNOR, J., concurs in result, on the ground that the board had no power to revoke the license.

PEOPLE ex rel. PULLMAN, Appellant, v. SEELEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Proceedings by the people